IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>JOSHUA HOWLAND,<br><br>    Defendant. | Case No. 4:20-mj-00150-WBG |

**NOTICE OF APPEARANCE AND OF DESIGNATION FOR SERVICE UPON
<u>NON-RESIDENT FEDERAL GOVERNMENT ATTORNEY</u>**

Please enter the appearance of U.S. Department of Justice Trial Attorney Kyle P. Reynolds, at telephone number (202) 616-2842 and email address kyle.reynolds@usdoj.gov, as co-counsel for the United States in this matter.

In accordance with Local Rules 83.5(i) and 99.0, Mr. Reynolds, an attorney for the United States who does not reside within the Western District of Missouri, hereby designates the following Assistant United States Attorney to receive service on his behalf:

 Alison D. Dunning
 Assistant U.S. Attorney, Western District of Missouri
 400 E. 9th Street, Suite 5510
 Kansas City, Missouri 64106
 Tel: 816-426-4240
 alison.dunning@usdoj.gov

Mr. Reynolds agrees and acknowledges that service upon AUSA Dunning constitutes service upon him. AUSA Dunning consents to this designation.

//

//

//

Respectfully submitted,

Steven J. Grocki
Chief, Child Exploitation and Obscenity Section
U.S. Department of Justice, Criminal Division

By:    */s/ Kyle P. Reynolds*
Kyle P. Reynolds
Trial Attorney
Admitted to practice under L.R. 83.5(i) and 99.0
1301 New York Avenue, NW
Washington, DC 20005
Tel: (202) 616-2842
Fax: (202) 514-1793
kyle.reynolds@usdoj.gov

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on October 13, 2020, to the CM-ECF system of the United States District Court for the Western District of Missouri, which will transmit copies of this document to all counsel of record.

                                                */s/ Kyle P. Reynolds*
                                                Kyle P. Reynolds
                                                Trial Attorney
                                                U.S. Department of Justice, Criminal Division