UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

United States of America

   v.              Case No. 2:20-mj-119-1

Joshua Howland

## ORDER OF APPOINTMENT

The Office of the Federal Public Defender is hereby appointed as attorney of record for the above-named defendant.

BY ORDER OF THE COURT.

Dated at Burlington, in the District of Vermont, this 13th day of October 2020.

          By  /s/ H. Beth Cota
            Deputy Clerk