*USDC - DVT Consent to Participate Via Teleconference 04/2020*

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
10/13/2020

BY ___ HBC
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

District of Vermont

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No.     2:20-mj-119 |
| | ) | |
| Joshua Howland | ) | |

## CONSENT TO PARTICIPATE IN HEARING
## VIA TELECONFERENCE

NOW COMES the defendant, by and through counsel, and consents to participate by

teleconference in the _____ Rule 5 Initial Appearance _____ hearing, scheduled on

____ Oct 13, 2020 ____ at ___ 2:00 ___ ☐ a.m. ☑ p.m. in ☑ Burlington **or** ☐ Rutland,

Vermont. *See* Fed. R. Crim. P. 43. and General Order No. 88 for the United States District Court

District of Vermont.

The defendant also agrees, for purposes of this hearing, that teleconferencing technology

satisfies the requirement of Fed. R. Crim. P. 10(a) that the hearing be conducted "in open court"

and of Rule 43(a) that the defendant be "present" at the hearing.

10/13/2020
_____
Date

_____
Defendant

10/13/2020
_____
Date

/s/Barclay T. Johnson
_____
Counsel for Defendant

The defendant's request to waive in person appearance at this hearing and to appear by telephone
is hereby **APPROVED**.

10/13/2020
_____
Date

_____
United States District/Magistrate Judge